**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**SAMUEL NISWONGER,**

    Plaintiff(s),

                      **CASE NO.    3:10-cv-377**

**-vs-**

                      **District Judge Timothy S. Black**

**PNC BANK CORP. & AFFILIATES**
**LONG TERM DISABILITY PLAN,**

    Defendant(s).

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** the Plaintiff's motion for judgment as a matter of law (Doc 14) is **GRANTED**; Defendant's motion to deny relief and affirm the administrative decision (Doc. 13) is **DENIED**; Judgment is **ENTERED** in favor of Plaintiff awarding him long-term disability benefits and the matter is **REMANDED** to the plan administrator with instructions to award Plaintiff long-term disability benefits retroactive to April 21, 2010; and this case is **CLOSED.**

Date:  August 3, 2011                          **JAMES BONINI, CLERK**

                                                          By: s/ M. Rogers
                                                          Deputy Clerk